UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **MARY MOONEY**, *Defendant.* | CRIMINAL ACTION NO. 9:14-cr-54 <br><br> **MOTION FOR BOND PENDING APPEAL** |

The Defendant, Mary Mooney, through her undersigned counsel, respectfully moves this Court to grant a bond and stay the execution of her sentence during the pendency of the appeal.

Defendant was indicted for a complex fraudulent scheme related to international adoption fraud. She ultimately pled guilty to an Information alleging she made false or fraudulent statements to influence an accrediting agency in an accreditation decision, in violation of 42 U.S.C. § 14944. She was sentenced to 18 months in federal prison and a term of supervised release for 3 years. The Court has allowed Defendant to self-report, so her incarceration has not begun.

Defendant Mooney filed a notice of appeal to the Fourth Circuit. As evidenced by Mooney's compliance with her bond during her long period of pretrial release, as well as evidence presented at the sentencing hearing, Mooney poses no danger to the community nor is she a flight risk.

This appeal is not being filed for the purpose of delay. Based on issues litigated in the district court after the guilty plea and at sentencing, there are substantial questions of law and/or fact to be addressed on appeal. Should Mooney prevail on appeal, there is a likelihood the relief would be a reversal/vacating of her conviction or a new sentencing proceeding. The conviction is not one of the convictions referenced in 18 U.S.C. § 3143(b)(2).

For these reasons, Defendant Mary Mooney respectfully requests this Honorable Court grant an unsecured bond during the pendency of her direct appeal and order the execution of her sentence stayed until her appeal is concluded.

-2-

                        Respectfully Submitted,

                        KENDRICK AND LEONARD, P.C.

By:    s/ Joshua Snow Kendrick
         Joshua Snow Kendrick (Fed ID 9037)
         P.O. Box 6938
         Greenville, SC 29606
         (864) 760-4000
         Josh@KendrickLeonard.com

         s/ Christopher S. Leonard
         Christopher S. Leonard (Fed ID 10998)
         P.O. Box 886
         Columbia, SC 29202
         (803) 667-3186
         Chris@KendrickLeonard.com

September 11, 2017
Greenville, South Carolina